

### [ PURCHASE v. LAWRENCE ]

Thomas Purchase plaint. ag[t] Nicholas Lawrence Defend[t] according to attachm[t] Dat. Sept[r] 28° 1675. The plaint. withdrew his action.

### [ WINSLOW v. WINSLOW ]

John Winslow Exec[r] (with the consent of the OverSeers) of the last will & Testam[t] of John Winslow dec[d] plaint. ag[t] Samuel Winslow Defend[t] according to Attachm[t] dat. aug° 30th 1675.

The plaint. was NonSuted upon non appearance.

### [ LENDALL v. CASTEEN ]

James Lendall plaint. ag[t] Samuel Casteen Defend[t] in an action of debt of four pounds four Shillings in currant mony of New-England due by bill & all due damages according to Attachm[t] dat. Sept[r] 13° 1675 . . . the Jury . . . founde for the plaint. three pounds four Shillings in mony & costs of Court being Seventeen Shillings.

Execucion issued 25° 9[br] 1675

### PHILLIPS &[a] ag[t] HOBART

John Phillips & Tho: Russell plaint[s] ag[t] Josia Hobart late Ma[r] of the Ship Katharin Defend[t] according to attachment dat. October 13° 1675. The plaint[s] were nonsuted upon non appearance.